# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MIDDLE DIVISION

In re *M&R Real Estate, LLC*  
   *a Corporation*

Case No.  
Chapter *11*

_____ / Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Robert W. Doll is President of M&R Real Estate, LLC, a corporation. On the following resolution was duly adopted by the of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Robert W. Doll, President of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Robert W. Doll, President of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Robert W. Doll, President of this corporation, be and hereby is, authorized and directed to employ Fife M. Whiteside, Attorney and the law firm of FIFE M. WHITESIDE, P. C. , to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Robert W. Doll, President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date _____  Signature */s/ Robert W. Doll*  
                                                    Robert W. Doll  
                                                  President