# United States Bankruptcy Court

## Middle District of Georgia

901 Front Avenue
P.O. Box 2147
Columbus, GA 31902
Telephone number: (706) 649–7837

In re:

M&R Real Estate, LLC, a Corporation                     Case No. 09–41238 jtl

    Debtor(s)

## Notice of Deficient Filing

The Federal Rules of Bankruptcy Procedure have been amended requiring schedules, statements, and other documents to be filed in bankruptcy cases. The new Interim Rules of Bankruptcy Procedure Rule 1007(b) lists the items required to be filed. The required documents identified below have not been filed. Failure to file these documents as required by the Federal Rules of Bankruptcy Procedure may result in your case being dismissed. **If you do not want your case dismissed, you must file these documents <u>or</u> request a hearing before the court to show why you should not be required to file these documents. If the documents are not filed or a hearing is not requested within 14 days of the date of this notice, your case may be dismissed by the court without further notice or hearing.**

- ☐ List of Creditors (Rule 1007)
- ☐ Form B21 (Statement of Social Security Number/Tax ID)
- ☐ Certificate of Credit Counseling
- ☒ Schedules A–J (or the individual schedules listed below:)
    - ☐ A  ☐ B  ☐ C  ☐ D  ☐ E  ☐ F  ☐ G  ☐ H  ☐ I  ☐ J
- ☒ Summary of Schedules
- ☒ Statement of Financial Affairs
- ☐ Debtor's Signature re: Relief Available (B201)
- ☐ Statement of Current Monthly Income/Means Test Calculation (Ch. 7) (B22A) (01/08)
- ☐ Statement of Current Monthly Income/Means Test Calculation (Ch. 13) (B22C) (01/08)
- ☒ Statement of Current Monthly Income/Means Test Calculation (Ch. 11) (B22B) (01/08)
- ☐ Attorney's Disclosure Statement
- ☐ Attorney Signature Exhibit B
- ☒ Corporate Ownership Statement
- ☐ 20 Largest Unsecured Creditors
- ☒ Exhibit A (corporation)
- ☒ Equity Security Holders Listing
- ☒ Balance Sheet
- ☒ Statement of Operations
- ☒ Cash Flow Statement
- ☒ Income Tax Return
- ☐ Chapter 7 Individual Debtor's Statement of Intention (with regard to debts secured by property of the estate or executory contracts/leases) (TO BE FILED WITHIN 30 DAYS FROM THE DATE OF THE FILING OF PETITION)

Date: 10/6/09                                                       William E. Tanner, Clerk

By: Sammy Turner, Deputy Clerk